Form fnldec   (Revised 10/20/2005)

# United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 06–10498  Chapter: 7

In re:

Boyd Alan Kesler
1908 Barham
Dodge City, KS 67801

SSN: xxx–xx–9149

**Entered By The Court**
**9/30/08**

**FINAL DECREE**

**Filed By The Court**
**9/30/08**
**Fred Jamison**
**Clerk of Court**
**US Bankruptcy Court**

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Carl B Davis is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 57

s/ Robert E. Nugent
United States Bankruptcy Judge